UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN W. MILROY,

    Plaintiff,

v.

HUNTINGTON BANK CHIEF EXECUTIVE
OFFICERS, et al.,

    Defendants.
_____/

Case No. 1:20-cv-252

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant.  Defendants filed Motions to Dismiss (ECF Nos. 9 & 24).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 40) on February 10, 2021, recommending that the motions be granted and that this action be terminated.  The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 9 & 24) are GRANTED for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  March 3, 2021                                               /s/ Janet T. Neff
                                                                                  JANET T. NEFF
                                                                                  United States District Judge